Brian E. Hawes (SBN 104519)
Email: brian@haweslawfirm.com
Law Offices of Brian E. Hawes
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: +1 650 320 1616
Facsimile: +1 650 763 8745

*Attorneys for Plaintiff*
*Benjamin McPherson*

Tiffany Renee Thomas (SBN 239085)
Email:    tthomas@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:    rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Defendant*
*United Airlines, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MCPHERSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 100, inclusive,<br><br>          Defendants. | No.:  15-cv-01393-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  July 9, 2015<br>Time:  2:30 p.m.<br>Place:  Courtroom 10, 19th Floor<br><br>*Honorable Susan Illston* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff Benjamin McPherson ("Plaintiff") and Defendant United Airlines, Inc. ("Defendant," and collectively with Plaintiff, the "Parties") jointly submit this Stipulation and [Proposed] Order to Continue the current July 9, 2015 Case Management Conference to July 17, 2015, or as soon thereafter as the matter may be heard.  The parties make this request for the following reasons:

1. The Court set a July 10, 2015 Case Management Conference in this matter on April 28, 2015. (Doc. 15).

2. On June 10, 2015, lead counsel for Defendant served a Second Amended Notice of Deposition that noticed the deposition of the plaintiff in another matter for June 9, 2015 in Sacramento, California based upon an agreement reached by the parties in that matter.

3. Lead counsel for Defendant is scheduled to take a break during the deposition to attend a telephonic state court case management conference in another matter at 20:30 a.m. on June 9, 2015.

4. On June 6, 2015, the Court Clerk issued a Notice advising the parties that the Case Management Conference in this matter will be advanced to June 9, 2015.

5. Lead counsel for Defendant confirmed the June 9, 2015 deposition with Plaintiff's counsel before her receipt of the June 6, 2015 Notice.

6. Lead counsel for Defendant has been unable to continue the conflicting case state court management conference since its receipt of the June 6, 2015 Notice.

7. Co-counsel for Defendant will be in Fresno, California on June 9, 2015 preparing for trial.

8. The parties' requested relief does not require a change to any pending deadlines as this Court has not yet issued a Case Management Order.

9. The instant request for a continuance constitutes the parties' first such request in this action.

DATED:  July 8, 2015        REED SMITH LLP

By: */s/ Tiffany Renee Thomas*_____
    Tiffany Renee Thomas
    Renee C. Feldman
    Attorneys for Defendant
    United Airlines, Inc.

DATED: July 8, 2015

LAW OFFICES OF BRIAN E. HAWES

By: ____*/s/ Brian Hawes*_____
    Brian E. Hawes
    Attorneys for Plaintiff
    Benjamin McPherson

Pursuant to Local Rule 5.1(i)(3) the undersigned attests that concurrence in the filing of the document has been obtained from each of the signatories.

DATED:  July 8, 2015        REED SMITH LLP

By: */s/ Tiffany Renee Thomas*_____
    Tiffany Renee Thomas
    Renee C. Feldman
    Attorneys for Defendant
    United Airlines, Inc.

– 3 –
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

# **ORDER**

Based on the above stipulation, and for good cause shown, IT IS HEREBY ORDERED as follows:

The Case Management Conference, current set for July 9, 2015, shall be continued to July 17, 2015.

IT IS SO ORDERED.

Dated: 7/9/15

HONORABLE SUSAN ILLSTON
Senior District Judge