UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN MCPHERSON,

    Plaintiffs,

    v.

BENJAMIN MCPHERSON, et al.,

    Defendants.

Case No. 15-cv-01393-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 30, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 11, 2016.

DESIGNATION OF EXPERTS: 2/8/16; REBUTTAL: 3/1/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 21, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 1, 2016;
    Opp. Due: April 15, 2016; Reply Due: April 22, 2016;
    and set for hearing no later than May 6, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 26, 2016 at 3:30 PM.

JURY TRIAL DATE: August 8, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete mediation by September 25, 2015.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/17/15

SUSAN ILLSTON
United States District Judge