1 | Brian E. Hawes (SBN 104519)
Email: brian@haweslawfirm.com
2 | Law Offices of Brian E. Hawes
1900 S. Norfolk Street, Suite 350
3 | San Mateo, CA 94403
Telephone: +1 650 320 1616
4 | Facsimile: +1 650 763 8745

5 | *Attorneys for Plaintiff*
*Benjamin McPherson*

6

7 | Tiffany Renee Thomas (SBN 239085)
Email:     tthomas@reedsmith.com
Renee C. Feldman (SBN 253877)
8 | Email:     rfeldman@reedsmith.com
REED SMITH LLP
9 | 101 Second Street, Suite 1800
San Francisco, CA  94105-3659
10 | Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

11

*Attorneys for Defendant*
12 | *United Airlines, Inc.*

13

UNITED STATES DISTRICT COURT
14

NORTHERN DISTRICT OF CALIFORNIA
15

16

BENJAMIN MCPHERSON,                     No.:  15-cv-01393-SI
17
                    Plaintiff,          **STIPULATION AND [~~PROPOSED~~]**
18                                       **ORDER OF DISMISSAL OF ENTIRE**
          vs.                            **ACTION WITH PREJUDICE**
19
UNITED AIRLINES, INC., and DOES 1 through
20 | 100, inclusive,

21                  Defendants.

22

23

24

25

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

US_ACTIVE-124314194

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Benjamin McPherson and Defendant United Airlines, Inc., by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

Brian E. Hawes
Law Offices of Brian E. Hawes

*Counsel for Plaintiff Benjamin McPherson*

Tiffany Renee Thomas
Reed Smith LLP

*Counsel for Defendant United Airlines, Inc.*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  12/7/15

Honorable Susan Illston
Senior District Judge

− 2 −

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE